Clarence A. FREDERICK, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 05–3218.

United States Court of Appeals, Federal Circuit.

Aug. 25, 2005.

### ORDER

Clarence A. Frederick ("Frederick") moves without opposition for reconsideration of the court's order of August 8, 2005 dismissing his petition for review for failure to file the required Fed. Cir. R. 15(c) statement concerning discrimination form.[1] Frederick also moves for an extension of time, until September 30, 2005, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The order of dismissal and the mandate are vacated and recalled, and the petition for review is reinstated.

1. Frederick's Fed. Cir. R. 15(c) form was sub-

In re Dale FLANDERS and Peter S. Whitney.

No. 05–1397.

United States Court of Appeals, Federal Circuit.

Aug. 26, 2005.

NEWMAN, Circuit Judge.

### ORDER

Upon consideration of the parties' joint motion to remand the case to the United States Patent and Trademark Office for further proceedings,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

mitted with this motion.